COMPLAINT

(2)

NO PAGE (1)

The Penguins are involved with (Consol Neighbors Hotel) parking garage

11-1225

There is no foresight in this decision making process. The structure that was demolished for the Consol center could of Been used ~~for~~ As an Apartments Building for Hill District Residents

RECEIVED
SEP 23 2011
CLERK, U S DISTRICT COURT
WEST DIST OF PENNSYLVANIA

(3) NOT properly Reviewed

1 — A Deal Behind closed Doors with a Biased group of Business owners + government officials was improper and unethical — this was a one sided Deal. The Pittsburgh Penguins got what they wanted .. A New Arena. The 18 plus thousand seat venue is much larger than the Civic Arena.



The CONSOL Center needs PARKING. This is what the Civic Arena land is being used for now. No one forced the Penguins to build the CONSOL Center where it is. The CONSOL Arena should have been built between PNC Park & Heinz Field —

(5)

The Civic Arena was originally Built for the Civic Light Opera The Penguins werent even a teame in 1960. How Does A CANADIAN Born former Hockey player get to Make A Decesion that Allows a one of a Kind building to Be torn Down.

(6) This Build

The Civic Arena is irreplacable and every inch of its 20 plus Acres inside and out should Be used as a Multi Purpose center There is Nothing to do in Pittsburgs Mario Lemieux and His wife Have set up



Rooms in Hospitals for visitors and patients to un wind to relieve.

He named these rooms after his son.

There is a large mural of Mario inside the Consol Center.

Action must be taken immediately to constitute this crime



8.

A temporary, and the permanent injunction must be issued to prevent one of the greatest conspiracies to Destroy A Man Made Marvel, the preservation of the ARENA HAS been A gross miscarriage of Justice.

The Deal Between the SEA, The City of Pittsburgh,

(9) The Pittsburgh Penguins was written in stone. The URA and History & Landmarks Authority Agency have also been negligent. This whole process to designate the arena a Historic Landmark has been a fraud. All parties should be held accountable

(10) In regards to this matter I am asking for a full investigation by the FBI, the District Attorney and United Attorney of the Western District of Pennsylvania David J. Hickton. Mayor Luke Ravenstahl and the co owners of the Penguins Ron Burkle and Mario Lemieux were flying in Mr Burkles private jet



This is collusion Between the Mayor of Pittsburg and the people Responsible for Dismantling the Arena —

Mayor Ravenstahl Broke the Law by not Disclosing the fact that He Accepted a trip worth over $1500.00 He paid back ~~at least~~



more than this.
However this matter
should not be
taken lightly.
Mayor Ravenstahl
legally changes his
Name to Steelerstahl
for a Day. He
is pro sports. Ravenstahl
was at Steeler Quarterback
Ben Roethlisbergers the same weekend
U2 thanked Him from
the stage

(13)

Ravenstahl And o a
private tent at
a southside works
concert sponsored
By American eagle,
American eagle
sottle Naming Rights
for the Her Rooney
owned indoor out door
theatre stage AE, the steelers
Built a building
next to Heinz field
that looks like a warehouse

(14)

A LARGE Door opens for a GRASS LAWN sloped for "out door shows.

However the Civic Arena Dome opens up. It is a marvel that the last generation of Pittsburghers have never witnessed. Why? Because the Penguins Hung Scoreboard, Lights, etc from the Ceiling & Domes interior

(15)

Now instead of giving the Arena Back to the Citizens of Pittsburgh Mario Lemieux in His infinite wisdom Has worked Hand in Hand with the S.E.A, and City of Pittsburgh to Destroy it.

(16)

The History & Landmark Agency is Hired by the Mayor and city of Pittsburgh. Why would they Deny the wishes of their Bosses.

BRAD PATE

BRAD PATE